# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

CJA-23 (Rev. 11/11)

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF _____ v. _____

FOR _____ AT _____

FILED AUG 10 2018

LOCATION NUMBER: 3 4 5 6 7 8 9 10 11 12

PERSON REPRESENTED (Show your full name): Charles Stanley Bunger, JR   8-10-1979   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
725 Lillian Cir.
Salisbury NC 28147
704-870-8188

- 1. ☒ Defendant - Adult
- 2. ☐ Defendant - Juvenile
- 3. ☐ Appellant
- 4. ☐ Probation Violator
- 5. ☐ Supervised Release Violator
- 5. ☐ Habeas Petitioner
- 7. ☐ 2255 Petitioner
- 8. ☐ Material Witness
- 9. ☐ Other (Specify)

DOCKET NUMBERS
- Magistrate Judge
- District Court
- Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
- Name and address of employer: United Rentals
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment? 2 year ago
- How much did you earn per month? $ 13/hr
- If married, is your spouse employed? ☐ Yes ☒ No  don't know separated
- IF YES, how much does your spouse earn per month? $ _____
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

RECEIVED | SOURCES
IF YES, give the amount received and identify the sources $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

VALUE | DESCRIPTION
IF YES, give value and description for each $ _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
- Single
- Married
- Widowed
- ☒ Separated or Divorced

Total No. of Dependents: 3

List persons you actually support and your relationship to them:
16 y —
14 y
8mo — (& one on the way)

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| medical bills | $ | $ unk |
| credit card | $ | $ unk |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

X _____ (signature)    8-10-18

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)    Date

Case 1:18-cr-00303-UA Document 38 Filed 08/10/18 Page 1 of 1